UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FLY MAGIC, INC and )
   HANNES STARKE, )
   Plaintiffs, )
)
-vs- ) No. 4 05CV1467RWS
)
JODA, LLC, )
   Defendant. )

## STIPULATION FOR DISMISSAL

COME NOW plaintiffs Fly Magic, Inc. and Hannes Starke and defendant JODA, LLC and stipulate that this case is dismissed with prejudice, each party to bear its own cost.

Respectfully submitted,

**HOLTKAMP, LIESE, CHILDRESS & SCHULTZ, P.C.**

Paul B. Lee    No. 3658
Leo W. Nelsen    No. 3932
Suite 400 Pennsylvania Building
217 N. 10th Street
St. Louis, Missouri 63101-2003
314-621-7773
314-231-4384 Fax

McCONWELL LAW OFFICE
Edward A. McConwell
5925 Beverly
Mission, Kansas 66202
913-262-0605
913-262-0652
**ATTORNEYS FOR PLAINTIFFS FLY MAGIC, INC. AND HANNES STARKE**

**FOLEY & MANSFIELD, PLLP**

*[signature]*

Michael W. Newport    #3946
1001 Highlands Plaza Drive West, Suite 400
St. Louis, MO  63110
Telephone:   314/645-7788
Facsimile:   314/645-9945
**ATTORNEYS FOR DEFENDANT JODA, LLC**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 19, 2006, the foregoing was filed electronically with the Clerk of the Court and served by operation of the Court's electronic filing system upon the following: Paul B. Lee, Holtkamp, Liese, Childress & Schultz, P.C., 217 North Tenth Street, Suite 400, St. Louis, MO  63101-2003, and Edward A. McConwell, McConwell Law Firm, 5925 Beverly, Mission, Kansas, 66202; and Michael W. Newport, Foley & Mansfield, PLLP, 1001 Highlands Plaza West, Suite 400, St. Louis, MO  63110.

*[signature]*